No. 79–860.  ROBERTS *v.* UPPER MILFORD TOWNSHIP ET AL.
C. A. 3d Cir.  Certiorari denied.

No. 79–861.  CONNELLY CONTAINERS, INC. *v.* LAKE UTOPIA
PAPER, LTD.  C. A. 2d Cir.  Certiorari denied.

No. 79–863.  GREGG *v.* U. S. INDUSTRIES, INC., ET AL.  C. A.
3d Cir.  Certiorari denied.

No. 79–866.  JAGO, CORRECTIONAL SUPERINTENDENT *v.*
SPEIGNER.  C. A. 6th Cir.  Certiorari denied.

No. 79–867.  THOMPSON *v.* KENTUCKY.  Sup. Ct. Ky.
Certiorari denied.

No. 79–868.  ADOLPH COORS CO. *v.* R. E. SPRIGGS CO., INC.,
ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 79–869.  CHAUFFEURS, TEAMSTERS & HELPERS LOCAL
150 ET AL. *v.* SHERROD.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 79–872.  BAILEY, ADMINISTRATRIX *v.* UNITED STATES.
C. A. 2d Cir.  Certiorari denied.

No. 79–873.  LITTLE ROCK NEWSPAPERS, INC. *v.* DODRILL.
Sup. Ct. Ark.  Certiorari denied.

No. 79–875.  SHUI PING WU ET AL. *v.* MARYLAND.  Ct. Sp.
App. Md.  Certiorari denied.

No. 79–877.  LORCH ET AL. *v.* COMMISSIONER OF INTERNAL
REVENUE.  C. A. 2d Cir.  Certiorari denied.